# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| HENRY JACKSON, | Civil Action No. |
| | 1:21-cv-03229-WMR |
| Plaintiff, | |
| | |
| v. | JURY TRIAL DEMANDED |
| | |
| MID-GEORGIA HAULING, INC., | |
| | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Henry Jackson and Defendant Mid-Georgia Hauling, Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.  All parties agree to pay their own costs and fees.

*[Signatures on following page.]*

Respectfully submitted this 31st day of December, 2021.


*/s/ V. Severin Roberts*                    /s/ *Daniel S. Digby*
V. Severin Roberts                          Daniel S. Digby
Georgia Bar No.                             Georgia Bar No. 221732
Barrett & Farahany                          Law Office of Daniel S. Digby, LLC
1100 Peachtree Street, Suite 500            P.O. Box 263
Atlanta, Georgia 30309                      925 Railroad Street NE
T: (404) 214-0120                           Conyers, Georgia 30012
F: (404) 214-0125                           (770) 760-1771
severin@justiceatwork.com                   daniel@digbylegal.com

*Counsel for Plaintiff*                     **Counsel for Defendant**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HENRY JACKSON, | Civil Action No. |
| | 1:21-cv-03229-WMR |
| Plaintiff, | |
| | |
| v. | JURY TRIAL DEMANDED |
| | |
| MID-GEORGIA HAULING, INC., | |
| | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 31st day of December, 2021.

**BARRETT & FARAHANY**

*/s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504